Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
DARRELLENE MYERS,              )
                               )
          Plaintiff,           )
                               )
v.                             )  Case No. __06-CV-_____-____
                               )
CHARMING SHOPPES, INC.;        )
ARIZONA MAIL ORDER, INC.; LM&B )
CATALOG, INC. d/b/a BROWNSTONE )
STUDIO, INC.; BROWNSTONE       )
STUDIO, INC.; and KELLWOOD     )
CORPORATION,                   )
                               )
          Defendants.          )
_____)
```

**NOTICE OF REMOVAL OF CASE FROM
STATE COURT (SUPERIOR COURT NO. 4FA-06-993 CIVIL)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the defendants, LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc., and Kellwood Corporation,

contemporaneous with the filing of this Notice, are effectuating the removal of the above-referenced action from the Superior Court of the State of Alaska, Fourth Judicial District, to the United States District Court for the District of Alaska. A true and correct copy of the Notice to Superior Court of Filing Notice of Removal filed in Case No. 4FA-06-993 CI, is attached hereto as Exhibit A. The removal is based on the following grounds:

 1. On or about January 11, 2006, there was filed in the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, the above-entitled action, Case No. 4FA-06-993 Civil.

 2. The United States District Court has jurisdiction over the superior court action in this matter, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

 3. This notice of removal is timely filed because it is filed within thirty days of the first service of the Complaint upon any defendant.

 4. LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc.[1] (sic), is a corporation organized under the laws of the State of Delaware with its principal place of business in Connecticut.

---

[1] There is no such entity known as "Brownstone Studio, Inc." It is a catalog title or trade name only and is not a separate legal entity.

Notice of Removal of Case from State Court (Sup. Ct. No. 4FA-06-993 Civil)
Myers v. Charming, et al., Case No. __06-CV-_____-____
Page 2 of 4

5. Kellwood Corporation is a corporation organized under the laws of the State of Delaware with its principal place of business in Missouri.

6. It is anticipated that any defendants who have not appeared will either be voluntarily dismissed from this case by plaintiff or the undersigned will enter an appearance for them and be representing them; and thus, all named defendants have consented to this removal or will be dismissed from the case, and thus their consent will not be necessary.

7. Plaintiff is a citizen of Alaska.

8. The complaint alleges damages in excess of $75,000, thus meeting the jurisdictional requirements for diversity of citizenship and removal under 28 U.S.C. § 1332.

Dated at Anchorage, Alaska this 15th day of February, 2006.

>     DELANEY, WILES, HAYES
>     GERETY, ELLIS & YOUNG, INC.
>     Attorneys for Defendants
>     LM&B Catalog, Inc. d/b/a
>     Brownstone Studio, Inc.;
>     and Kellwood Corporation
>
>     s/Clay A. Young_____
>     Delaney, Wiles, Hayes,
>     Gerety, Ellis & Young, Inc.
>     1007 W. 3rd Ave., Ste. 400
>     Anchorage, AK  99501
>     907-279-3581
>     907-277-1331 fax
>     E-mail: cay@delaneywiles.com
>     Alaska Bar Assoc. No. 7410117

Notice of Removal of Case from State Court (Sup. Ct. No. 4FA-06-993 Civil)
Myers v. Charming, et al., Case No. __06-CV-_____-____
Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2006, a copy of the foregoing Notice of Removal was served by mail on:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska  99701

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA  30308-3243


s/Clay A. Young_____
113593

Notice of Removal of Case from State Court (Sup. Ct. No. 4FA-06-993 Civil)
Myers v. Charming, et al., Case No. __06-CV-_____-____
Page 4 of 4