IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT IN FAIRBANKS

| | |
|---|---|
| DARRELLENE MYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARMING SHOPPES, INC.; ) | |
| ARIZONA MAIL ORDER, INC.; ) | |
| LM&B CATALOG, INC. d/b/a ) | |
| BROWNSTONE STUDIO, INC.; ) | |
| BROWNSTONE STUDIO, INC.; and ) | |
| KELLWOOD CORPORATION, ) | |
| ) | |
| Defendants. ) | Case No. 4FA-06-993 CI |
| ) | |

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

TO: CLERK OF COURT

PLEASE TAKE NOTICE that on February 15, 2006, the defendants, LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc., and Kellwood Corporation, named as defendants in the Complaint in this action, filed in the United States District Court for the District of Alaska, at Anchorage, Alaska, their notice of removal from state court, and that a copy of said notice of removal is on file with the above-captioned court.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this court, effects the removal of this action and

ELANEY, WILES,
IAYES, GERETY,
JS & YOUNG, INC.
SUITE 400
17 WEST 3RD AVENUE
CHORAGE, ALASKA
(907) 279-3581

EXHIBIT A
Page 1 of 2

the above-captioned court may proceed no further, unless and until the case is remanded.

A copy of the notice of removal being filed concurrently in the United States District for the District of Alaska is attached hereto.

DATED this _15th_ day of February, 2006, at Anchorage, Alaska.

> DELANEY, WILES, HAYES,
> GERETY, ELLIS & YOUNG, INC.
> Attorneys for Defendants
> LM&B Catalog, Inc. d/b/a
> Brownstone Studio, Inc.;
> and Kellwood Corporation
>
> _/s/ Clay A. Young_
> Clay A. Young
> AK Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was mailed on the _15th_ day of February, 2006, to:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska  99701

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA  30308-3243

_/s/ Dru Lippert_
Dru Lippert
113590

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice to Superior Court of Filing Notice of Removal
Myers v. Charming, et al., Case No. 4FA-06-993 Civil
Page 2 of 2

EXHIBIT _A_
Page _2_ of _2_