Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRELLENE MYERS,                    )<br>                                      )<br>            Plaintiff,               )<br>                                      )<br>v.                                    )<br>                                      )<br>CHARMING SHOPPES, INC.;               )<br>ARIZONA MAIL ORDER, INC.; LM&B        )<br>CATALOG, INC. d/b/a BROWNSTONE        )<br>STUDIO, INC.; BROWNSTONE              )<br>STUDIO, INC.; and KELLWOOD            )<br>CORPORATION,                          )<br>                                      )<br>            Defendants.               )<br>_____) | Case No. __06-CV-_____-____ |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendants, LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc., and Kellwood Corporation state:

1. LM&B Catalog, Inc., d/b/a Brownstone Studio, Inc., is not owned by any parent corporation, or any publicly held corporation which owns 10% or more of its stock.

2. Kellwood Corporation is not owned by any parent corporation, or any publicly held corporation which owns 10% or more of its stock.

Dated at Anchorage, Alaska this 15th day of February, 2006.

>DELANEY, WILES, HAYES
>GERETY, ELLIS & YOUNG, INC.
>Attorneys for Defendants
>LM&B Catalog, Inc. d/b/a
>Brownstone Studio, Inc.;
>and Kellwood Corporation


>s/Clay A. Young_____
>Delaney, Wiles, Hayes,
>Gerety, Ellis & Young, Inc.
>1007 W. 3rd Ave., Ste. 400
>Anchorage, AK  99501
>907-279-3581
>907-277-1331 fax
>E-mail:   cay@delaneywiles.com
>Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2006, a copy of the foregoing Rule 7.1 Disclosure Statement was served by mail on:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska  99701

Rule 7.1 Disclosure Statement
Myers v. Charming, et al., Case No. \_\_06-CV-_____-\_\_\_\_
Page 2 of 3

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA  30308-3243


s/Clay A. Young_____
113595