Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
DARRELLENE MYERS,              )
                               )
           Plaintiff,          )
                               )
v.                             )  Case No. __06-CV-_____-____
                               )
CHARMING SHOPPES, INC.;        )
ARIZONA MAIL ORDER, INC.; LM&B )
CATALOG, INC. d/b/a BROWNSTONE )
STUDIO, INC.; BROWNSTONE       )
STUDIO, INC.; and KELLWOOD     )
CORPORATION,                   )
                               )
           Defendants.         )
_____)
```

**NOTICE OF COMPLETE SERVICE LIST**

**1.   Plaintiff:**

   Zane D. Wilson
   Cook Schuhmann & Groseclose, Inc.
   714 4th Avenue, Suite 200
   Fairbanks, Alaska  99701
   Telephone:  (907) 452-1855
   Fax:  (907) 452-8154
   csg@alaskalaw.com

2.  **Defendants LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc. and Kellwood Corporation:**

    Clay A. Young
    Delaney, Wiles, Hayes,
    Gerety, Ellis & Young, Inc.
    1007 W. 3rd Ave., Ste. 400
    Anchorage, AK  99501
    Telephone:  (907) 279-3581
    Fax:  (907) 277-1331
    cay@delaneywiles.com

    Michael J. Goldman
    Hawkins & Parnell, LLP
    4000 SunTrust Plaza
    303 Peachtree St., N.E.
    Atlanta, GA  30308-3243
    Telephone:  (404)614-7400
    Fax:  (404)614-7500
    mgoldman@hplegal.com

    Dated at Anchorage, Alaska this 15th day of February, 2006.

    　　　　　　　　　　　　　　DELANEY, WILES, HAYES
    　　　　　　　　　　　　　　GERETY, ELLIS & YOUNG, INC.
    　　　　　　　　　　　　　　Attorneys for Defendants
    　　　　　　　　　　　　　　LM&B Catalog, Inc. d/b/a
    　　　　　　　　　　　　　　Brownstone Studio, Inc.;
    　　　　　　　　　　　　　　and Kellwood Corporation


    　　　　　　　　　　　　　　s/Clay A. Young_____
    　　　　　　　　　　　　　　Delaney, Wiles, Hayes,
    　　　　　　　　　　　　　　Gerety, Ellis & Young, Inc.
    　　　　　　　　　　　　　　1007 W. 3rd Ave., Ste. 400
    　　　　　　　　　　　　　　Anchorage, AK  99501
    　　　　　　　　　　　　　　907-279-3581
    　　　　　　　　　　　　　　907-277-1331 fax
    　　　　　　　　　　　　　　E-mail:   cay@delaneywiles.com
    　　　　　　　　　　　　　　Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2006, a copy of the foregoing Notice of Complete Service List was served by mail on:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska  99701

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA  30308-3243


s/Clay A. Young_____
113601