Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| DARRELLENE MYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06-CV-00005RRB |
| ) | |
| CHARMING SHOPPES, INC.; ) | |
| ARIZONA MAIL ORDER, INC.; LM&B ) | **ANSWER TO AMENDED COMPLAINT BY** |
| CATALOG, INC. d/b/a BROWNSTONE ) | **LM&B CATALOG, INC. d/b/a** |
| STUDIO, INC.; BROWNSTONE ) | **BROWNSTONE STUDIO, INC., AND** |
| STUDIO, INC.; and KELLWOOD ) | **KELLWOOD CORPORATION** |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |


        Defendants, LM&B Catalog, Inc. d/b/a Brownstone Studio,

Inc., Brownstone Studio, Inc., and Kellwood Corporation, through

counsel, respond to plaintiff's Amended Complaint as follows.

## BACKGROUND AND FACTUAL ALLEGATIONS

1.    Answering defendants lack sufficient information to form a belief as to the accuracy of ¶ 1, and accordingly deny the same.

2.    Denied.

3.    Denied.

4.    Denied.

5.    Denied.

6.    No response is necessary; these are legal allegations.

7.    Admit.

8.    Answering defendants lack sufficient information to form a belief as to the accuracy of ¶ 8, and accordingly deny the same.

9.    Denied.

10.    Defendants lack sufficient information to form a belief as to the accuracy of the allegations contained in ¶ 10, and accordingly deny the same.

11.    Denied.

12.    Denied; although defendants do not know the details of plaintiff's injuries.

ANSWER TO AMENDED COMPLAINT BY LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC., AND KELLWOOD CORPORATION
Myers v. Charming Shoppes, Inc., et al., Case No. 4:06-CV-00005RRB

13. Defendants admit plaintiff incurred medical expenses, but are unable to respond to the specifics thereof.

14. Denied.

15. Denied.

### FIRST CAUSE OF ACTION: NEGLIGENCE

16. Answering defendants reaffirm their responses to Paragraphs 1 through 15 and incorporate them by reference.

17. This allegation inaccurately describes the duties of a product manufacturer; to the extent a response is necessary, it is denied. Moreover, any implication that the clothing is "extremely flammable" or negligently made is denied.

18. Denied.

19. Denied.

### SECOND CAUSE OF ACTION: NEGLIGENT FAILURE TO WARN

20. Answering defendants reaffirm their responses to Paragraphs 1 through 19 and incorporate them by reference.

21. This allegation incorrectly describes the duties of a product manufacturer; to the extent a response is necessary, this allegation is denied.

22. Denied.

ANSWER TO AMENDED COMPLAINT BY LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC., AND KELLWOOD CORPORATION
Myers v. Charming Shoppes, Inc., et al., Case No. 4:06-CV-00005RRB
Page 3 of 7

23. Defendants lack sufficient information to form a belief as to the accuracy of the allegations contained in ¶ 23, and accordingly deny the same.

24. This allegation incorrectly describes the duties of a product manufacturer and is extremely argumentative; to the extent a response is necessary, this allegation is denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

**THIRD CAUSE OF ACTION:   BREACH OF CONTRACT**

29. Answering defendants reaffirm their responses to Paragraphs 1 through 28 and incorporate them by reference.

30. Denied.

31. Denied.

32. Denied.

**FOURTH CAUSE OF ACTION:   STRICT LIABILITY - UNREASONABLY DANGEROUS PRODUCT**

33. Answering defendants reaffirm their responses to Paragraphs 1 through 32 and incorporate them by reference.

34. Denied.

ANSWER TO AMENDED COMPLAINT BY LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC., AND KELLWOOD CORPORATION
Myers v. Charming Shoppes, Inc., et al., Case No. 4:06-CV-00005RRB
Page 4 of 7

35.  Denied.

36.  Denied.

37.  Denied.

### FIFTH CAUSE OF ACTION:  IMPLIED WARRANTY OF QUALITY, FITNESS OR CONDITION

38.  Answering defendants reaffirm their responses to Paragraphs 1 through 37 and incorporate them by reference.

39.  Denied.

40.  Denied.

41.  Denied.

42.  Denied.

### AFFIRMATIVE DEFENSES

1.  The sole cause of plaintiff's accident was her own failure to use ordinary care.

2.  Plaintiff is believed to be comparatively negligent.

3.  At the time of the sale, the product was properly packaged and labeled and made and was not defective.

4.  The product met all industry and Federal safety and flammability standards.

5.  The plaintiff misused the product.

ANSWER TO AMENDED COMPLAINT BY LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC., AND KELLWOOD CORPORATION
Myers v. Charming Shoppes, Inc., et al., Case No. 4:06-CV-00005RRB
Page 5 of 7

6. Answering defendants reserve the right to raise additional affirmative defenses as discovery progresses.

WHEREFORE, having fully answered, responding defendants request that plaintiff's claims be dismissed with prejudice and defendants be awarded their costs and attorney's fees incurred in this action.

DATED this 23rd day of February, 2006, in Anchorage, Alaska.

                    DELANEY, WILES, HAYES,
                    GERETY, ELLIS & YOUNG, INC.
                    Attorneys for Defendants
                    LM&B Catalog, Inc. d/b/a Brownstone
                    Studio, Inc., Inc., and
                    Kellwood Corporation


                    s/Clay A. Young
                    Delaney, Wiles, Hayes,
                    Gerety, Ellis & Young, Inc.
                    1007 W. 3rd Ave., Ste. 400
                    Anchorage, AK  99501
                    Phone:  (907)279-3581
                    Fax:  (907)277-1331
                    E-mail:  cay@delaneywiles.com
                    Alaska Bar Assoc. No. 7410117

ANSWER TO AMENDED COMPLAINT BY LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC., AND KELLWOOD CORPORATION
Myers v. Charming Shoppes, Inc., et al., Case No. 4:06-CV-00005RRB
Page 6 of 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2006, a copy of the foregoing Answer was served by regular U.S. mail on:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska  99701

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA  30308-3243


s/Clay A. Young
113509

ANSWER TO AMENDED COMPLAINT BY LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC., AND KELLWOOD CORPORATION
Myers v. Charming Shoppes, Inc., et al., Case No. 4:06-CV-00005RRB