Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


DARRELLENE MYERS,              )
                               )
          Plaintiff,           )
                               )
v.                             )  Case No. 4:06-CV-00005-RRB
                               )
CHARMING SHOPPES, INC.;        )
ARIZONA MAIL ORDER, INC.; LM&B )
CATALOG, INC. d/b/a BROWNSTONE )
STUDIO, INC.; BROWNSTONE       )
STUDIO, INC.; and KELLWOOD     )
CORPORATION,                   )
                               )
          Defendants.          )
_____)

## DEMAND FOR JURY TRIAL

Defendants LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc.,

Brownstone Studio, Inc., and Kellwood Corporation, by and through

counsel, DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.,

pursuant to Civil Rule 38, hereby demand a trial by jury as to

all issues so triable herein.

Dated at Anchorage, Alaska this 23rd day of February, 2006.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation


s/Clay A. Young_____
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
E-mail:   cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23,
2006, a copy of the foregoing Demand
for Jury Trial was served by regular
U.S. mail on:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska  99701

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA  30308-3243




s/Clay A. Young_____
113512


DEMAND FOR JURY TRIAL
Myers v. Charming Shoppes, Inc., et al., Case No. 4:06-CV-00005-RRB