```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
                           Clerk of Court
                   Federal Building & U.S. Courthouse
                     222 West Seventh Avenue  #4
                       Anchorage, Alaska  99513-7564
```

**IDA ROMACK**
**CLERK OF COURT**


TO:      Michael J. Goldman

FROM:  Ida Romack, Clerk of Court
       by: Carolyn Bollman         , Deputy Clerk

DATE:    March 15, 2006

RE:   <u>Entry of Appearance by Non-Resident Attorney</u>
      Case Title:   Myers v Charming Shoppes, Inc, et al
      Case Number: 4:06-cv-00005-RRB

```
Enclosed is a copy of this court's Local Rule 83.1 - Attorneys -
Effective January 2006.

A motion and application forms are also enclosed.  All documents
must be an original and one copy for filing.  The motion and
application forms are also available on the court's website
(http://www.akd.uscourt.gov) in interactive (fillable) Adobe
Acrobat format (.pdf).

In the event the party is represented by more than one attorney,
local lead counsel will be served by the court unless notice is
filed designating alternative counsel for service of court
orders.

Please be advised that there is a fee, in the amount of $150.00,
required for each case in which an attorney is permitted to
participate as non-resident counsel.


Enclosures:
  D. Ak. LR 83.1 - Attorneys
  Motion & Application, Non-Resident Attorney
```

`[Rule 83.frm]{Rev.01/06}`

**Rule 83.1 Attorneys**
**(a) Eligibility**.
   (1) Except as otherwise provided in this rule, any attorney admitted to practice as an attorney and counselor at law before the courts of the State of Alaska, is eligible for admission to practice in the United States District Court for the District of Alaska.
   (2) Active members of the bar of this court may appear and act in all respects on behalf of parties anywhere in the District of Alaska unless the court finds good cause to require association with an active member of the bar of this court residing in the place within the district where the case is pending.
(b) **Law Clerks**.  No individual serving as a law clerk to a judge of this court may engage in the practice of law while continuing in such position.  After separating from that position, practice as an attorney in connection with any case pending during the individual's term of service before the judge for whom the individual worked will be limited by Rule 1.11, Alaska Rules of Professional Conduct.
(c) **Procedure for Admission.**
      (1) All attorneys admitted to practice before the former District Court for the Territory of Alaska on February 20, 1960, are admitted to practice in this court without further procedure for admission.
     (2) Each applicant for admission must file with the clerk a petition stating:
     [A] all names by which the applicant has been known;
     [B] residence and office addresses; and
     [C] the names and addresses of all courts before which the applicant has been admitted to practice and dates of—
         (i) admission, and
         (ii) suspension or other such action on account of disability or other reason in any of the jurisdictions or courts before which the applicant has practiced.
     (3) The petition must be:
     [A] accompanied by a certificate of good standing signed by a justice or the clerk of the Alaska Supreme Court or the Executive Director of the Alaska Bar Association bearing a date not more than ninety (90) days prior to the date of the application; and
     [B] served on the Alaska Bar Association.
   (4) After a twenty-day period for the filing of objections has elapsed, the court will determine whether to order admission, and, if admission is ordered, the clerk will issue a certificate of admission.
   (5)  The court may, on its own motion or in response to an objection, make further inquiry of the applicant or others and

determine what response to objection, hearing, or other procedures are appropriate.

   (6) Service of the petition on the Alaska Bar Association and the objection period does not apply for new admittees to the Alaska Bar Association if the petition for admission is filed in this court within sixty (60) days of the date the Alaska Bar Association certifies the person for admission to the Alaska Supreme Court.

   (7) An accepted applicant must take an oath substantially in the form as may be prescribed from time to time by the Administrative Office of the United States Courts or by miscellaneous general order of this court.

(d) **Non-Resident Attorneys**.

   (1)[A] A member in good standing of the bar of another jurisdiction, who is not an active member of the bar of this court, may, upon motion, be permitted by the court to appear and participate on behalf of a party, but non-local counsel will ordinarily be required to associate with an active member of the bar of this court.

   [B] The court may permit a member in good standing of the bar of another jurisdiction, on a sufficient showing, to appear and participate without association with an active member of the bar of this court.

   (2) [A] Unless otherwise ordered by the court:

     (i) the attorney applying may appear and participate from the time of filing as though it had been approved, and

     (ii) approvals will be deemed to be effective as of the time of filing of the motion.

   [B] The motion must either designate a member of the bar of this court in accord with the above paragraphs or show cause why, in accord with the above paragraphs, no association should be required.

   [C] Motions for leave to participate without local counsel will not be approved as a matter of course, and if denied, a party represented by non-local counsel will be given a reasonable period within which to associate local counsel.

   (3) If a non-local attorney appears for a party, whether from outside the district of Alaska or outside the location within the district where the proceeding is located, the court may at any time during the proceeding, on motion of a party or its own motion, for good cause, require association of local counsel.

   (4) The motion must be accompanied by the affidavit or declaration of the attorney seeking admission, which affidavit or declaration must:

   [A] Contain—

     (i) all names by which the applicant is known,

     (ii) the applicant's office and residence addresses,

      (iii) name and address of each jurisdiction or court to which the applicant has been admitted to practice and the year of admission to each,

      (iv) a statement that the applicant is not the subject of any pending disciplinary action in any jurisdiction or before any court to which the applicant has been admitted to practice,

      (v) all relevant information, including dates, of any suspension, disbarment, or similar action, on account of disability or other reason, in any jurisdiction or court to which the applicant has been admitted to practice, and

      (vi) certification that the applicant has read the local rules of this court; and

   [B] Be accompanied by a certificate of good standing from a jurisdiction or court to which the applicant has been admitted to practice.

(e) **Attorneys for the United States Government and the Federal Public Defender Agency.**

   (1) Any attorney representing the United States Government, or any agency thereof, or any attorney employed by the Federal Public Defender's Office may appear and participate in particular cases in an official capacity without submitting a petition for admission, provided the attorney is admitted to practice and in good standing before the highest court of any state.

   (2) If the attorney is not a resident of this District, the resident United States Attorney or Federal Public Defender, as the case may be, must be associated initially, but upon application demonstrating good cause, the court may dispense with such association.

(f) **Appearances, Substitution, and Withdrawal.** [*Abrogated*]

(g) **Disbarment and Suspension.**

   (1) [A] Whenever it appears to the court that any member of the bar of this court or any non-resident attorney permitted to appear or who has applied to appear before this court has been disbarred, suspended from practice, or convicted of a serious crime as defined by the Alaska Bar Rules, or similar authority in a state other than Alaska, the attorney will be immediately suspended from practice before this court.

     [B] Unless good cause to the contrary is shown within twenty (20) days after notice has been mailed to the attorney's last known place of business or residence, an order of suspension or disbarment will be entered for such time as the court fixes.

   (2) If a suspended attorney requests, in writing, reinstatement to practice before the court, and the court has received notification that the attorney has been reinstated to practice before the courts of the State of Alaska or such other courts where the suspended attorney practices, an order of reinstatement may be entered.

(h) **Contact with Trial Jurors.**
   (1) No attorney admitted to practice or appear before this court may:
      [A] seek out, contact, or interview at any time any juror of the jury venire of this court; or
      [B] without prior approval of the court, allow, cause, permit, authorize or in any way participate in any contact or interview with any juror relating to any case in which the attorney has entered an appearance.
   (2) This subsection will be posted in the jury rooms of this District and jurors will be instructed fully as to this matter.
(i) **Professional Conduct.** Every member of the bar of this court and any attorney admitted to practice or appear in this court must:
   (1) be familiar with and comply with the Standards of Professional Conduct required of the members of the State Bar of Alaska and contained in the Alaska Rules of Professional Conduct and decisions of any court applicable thereto, except insofar as those rules and decisions are otherwise inconsistent with federal law;
   (2) maintain the respect due courts of justice and judicial officers; and
   (3) perform with the honesty, care, and decorum required for the fair and efficient administration of justice.
(j) **Current Address.** All persons admitted to practice before the United States District Court for the District of Alaska should notify the clerk of the court, in writing, of any change in address, telephone number, facsimile number, or e-mail address not later than thirty (30) days after the change in address, telephone or facsimile number, and/or e-mail address becomes effective.
(k)   **Admission Fee.**   Each attorney applying for admission to practice in this district must pay at the time of application for admission the following fee:
   (1) for admission under subsection (c), $100.00 plus the fee required under the District Court  Miscellaneous Fee Schedule promulgated by the Judicial Conference of the United States; or
   (2) for admission under subsection (d), $150.00.

**Related Provisions**:
Alaska Rules of Professional Conduct
D.Ak. LR 11.1      Appearances, Substitutions and Withdrawals

**Rule 83.2 Student Practice Rule**
(a) **General.** An eligible law student acting under the supervision of a member of a bar of this court may appear before the United States District Court for the District of Alaska on behalf of any client including federal, state, or local government bodies if the client has filed a written consent with the court.
(b) **Eligibility.** An eligible student must:

[Rule 83.frm]{Rev.01/06}

   (1)  [A] be certified by the state Bar as a law student intern, or
      [B] (i) be enrolled and in good standing in an American Bar Association approved or state accredited law school, and
        (ii) have completed one-half of the legal studies required for graduation, or
      [C] be a recent graduate of such school awaiting the result of a state Bar examination;
   (2) have knowledge of and be familiar with the Federal Rules of Civil and Criminal Procedure; the Federal Rules of Evidence; the Code of Professional Responsibility; and the rules of this court;
   (3) be certified by the dean of the law school as being adequately trained to fulfill all responsibilities as a law student intern to the court;
   (4) not accept compensation for his legal services directly from a client; and
   (5) file with the clerk all documents required to comply with this rule.

(c) **Duties of Supervising Attorney.** The supervising attorney must:
   (1) be admitted to practice before the highest court of any state for two years or longer and have been admitted to practice before this court;
   (2) appear with the student in any oral presentations before the court;
   (3) sign all documents filed with the court;
   (4) assume professional responsibility for the student's work in matters before the court;
   (5) assist and counsel the student in the preparation of the student's work in matters before the court.

(d) **Deans Certification.** The dean's certification of the student:
   (1) must be filed with the clerk of court and, unless sooner withdrawn, remain in effect until publication of the results of the first bar examination following graduation;
   (2) may be withdrawn by the court at any time in the discretion of the court and without cause shown; and
   (3) may be withdrawn by the dean with notice to the court.

(e) **Scope of Functions.** Upon fulfilling the requirements of this rule, the student may:
   (1) assist in the preparation of briefs, motions, and other documents pertaining to a case before this court; and
   (2) appear and make oral presentations before this court when accompanied by the supervising attorney.

(f) **Exceptions.** The court retains the authority to establish exceptions to this rule in any case.

[Rule 83.frm]{Rev.01/06}

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | Case No. |
|  | ) |  |
| Plaintiff(s), | ) | MOTION AND APPLICATION |
| vs. | ) | OF NON-RESIDENT ATTORNEY |
|  | ) | FOR PERMISSION TO APPEAR |
|  | ) | AND PARTICIPATE IN THE |
|  | ) | UNITED STATES DISTRICT COURT |
| Defendant(s). | ) | FOR THE DISTRICT OF ALASKA |
| _____ | ) |  |

To the Honorable Judge of the above-entitled court:

I, Thomas _____, hereby apply for permission to appear and participate as counsel for Smith and Co, _____, plaintiff/defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐   I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

  ☐   I am a registered participant in the CM/ECF System for the District of Alaska.

  ☐   I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

  ☐   For the reasons set forth in the attached memorandum.

**OR**

[Rule 83.frm]{Rev.01/06}

☐     I hereby designate _____, a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:

_____
(Signature)

Name:

Address:

Telephone:                                  e-mail:

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

Name:

Address:

Telephone:                                  e-mail:

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____     _____
                                   UNITED STATES DISTRICT JUDGE
                                   For the District of Alaska

[Rule 83.frm]{Rev.01/06}

DECLARATION OF NONRESIDENT ATTORNEY

Full Name:

Business Address: _____, _____
                          (Mailing/Street)                      (City, State, ZIP)

Residence: _____, _____
                          (Mailing/Street)                      (City, State, ZIP)

Business Telephone: _____   e-mail address: _____

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| (Jurisdiction) | (Address) | (Year) |
|---|---|---|
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☐  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☐  (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:

                                                     _____
                                                          (Signature of Applicant)