Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRELLENE MYERS,                )<br>                                 )<br>         Plaintiff,             )<br>                                 )<br>v.                               )<br>                                 )<br>CHARMING SHOPPES, INC.;          )<br>ARIZONA MAIL ORDER, INC.; LM&B  )<br>CATALOG, INC. d/b/a BROWNSTONE  )<br>STUDIO, INC.; BROWNSTONE         )<br>STUDIO, INC.; and KELLWOOD       )<br>CORPORATION,                     )<br>                                 )<br>         Defendants.            )<br>_____) | Case No. 4:06-cv-00005-RRB |

**NOTICE OF COMPLIANCE WITH MINUTE ORDER, DATED MARCH 14, 2006**

Pursuant to this court's Minute Order of March 14, 2006, and 28 U.S.C. § 1447(b), defendants, LM&B Catalog, Inc., d/b/a Brownstone Studio, Inc., and Kellwood Corporation, hereby provide a copy of all documents to the United States District Court, for the District of Alaska, which constitutes a complete copy of the

Superior Court file, <u>Myers v. Charming Shoppes, Inc., et al.</u>, Case No. 4FA-06-993 Civil.  The documents are listed below and attached as the following exhibits:

**Superior Court File Index**

| No. | Date | Party | Title of Documents |
|---|---|---|---|
| 1. | 1/11/06 | Plaintiff | Case Description |
| 2. | 1/11/06 | Plaintiff | Complaint |
| 3. | 1/11/06 | Plaintiff | Summons for Charming Shoppes, Inc. |
| 4. | 1/11/06 | Plaintiff | Summons for Arizona Mail Order, Inc. |
| 5. | 1/11/06 | Plaintiff | Summons for LM&B Catalog, Inc. |
| 6. | 1/11/06 | Plaintiff | Summons for Brownstone Studio, Inc. |
| 7. | 1/18/06 | Plaintiff | Amended Complaint |
| 8. | 1/18/06 | Plaintiff | Summons for Kellwood Corporation |
| 9. | 1/24/06 | Plaintiff | Affidavit of Service - LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc. |
| 10. | 2/15/06 | LM&B Catalog, Inc./Brownstone Studio, Inc. and Kellwood Corp. | Notice to Superior Court of Filing Notice of Removal |

A complete service list was filed with this court on February 15, 2006.

Dated at Anchorage, Alaska this 24th day of March, 2006.

DELANEY WILES, INC.
Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation

s/Clay A. Young_____
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
E-mail:   cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2006,
a copy of the foregoing Notice of Compliance
with Minute Order, was served electronically
on:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska  99701
deanaw@alaskalaw.com
csg@alaskalaw.com

and by regular U.S. mail on:

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA  30308-3243


s/Clay A. Young_____
113602