FILED in the Trial Courts
State of Alaska, Fourth District

CASE DESCRIPTION – SUPERIOR COURT JAN 11 2006        Case Number: __4FA-06-993CI__

Deputy

Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D.

### SUPERIOR COURT MATTERS

**CIVIL – SUPERIOR COURT**

**CONTRACT** – *Contract cases involving real property should be reported under the real property category.*
☐ Debt Collection (CISDEB)
☐ Claim Against Seller of Goods/Services (CISCLAIM)
☐ Employment Dispute (CISEMP)
☐ Other Contract (CISOCT)

**TORT**
☐ Intentional Tort (e.g., assault, battery, vandalism) (CISIT)
☐ Slander/Libel/Defamation (CISSLD)
☒ Product Liability (CISPL)
☐ Wrongful Death (CISPID)
Automobile Negligence:
  ☐ Personal Injury Only (CISPIA)
  ☐ Property Damage Only (CISPDA)
  ☐ Both (CISIDA)
Other Negligence:
  ☐ Personal Injury Only (CISPIO)
  ☐ Property Damage Only (CISPDO)
  ☐ Both (CISIDO)

**MALPRACTICE**
☐ Legal Malpractice (CISLMP)
☐ Medical Malpractice (CISMMP)
☐ Other Malpractice (CISOMP)

**REAL PROPERTY**
☐ Foreclosure (CISFOR)
☐ Condemnation (CISCNDM)
☐ Real Property Action (CISREM)

**OTHER CIVIL**
☐ Arbitration Proceeding (CISAP)
☐ Confession of Judgment (CISCCONF)
☐ Declaratory Judgment/Injunc. Relief (CISINJ)
☐ OSC Request – Admin Agency (CIOSC)
☐ Civil Bench Warrant Request – Admin Agency (CIBW)
☐ Writ of Habeas Corpus (CIWHC)
☐ Election Contest or Recount Appeal (CISELE)
☐ Other Civil Complaint (CISOCI). Describe:

**FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT**
☐ Eviction – F.E.D. (CISFED)

**FOREIGN JUDGMENT – SUPERIOR COURT**
☐ Registration of Foreign Judgment (CISFOJ)

**POST-CONVICTION RELIEF TO SUPERIOR COURT**
☐ Post-Conviction Relief (CISPCR)

### DOMESTIC RELATIONS

**DIVORCE WITHOUT CHILDREN**
☐ Divorce Without Children (CISDIV)

**DIVORCE OR CUSTODY WITH CHILDREN**
☐ Petition for Custody (CISCUS)
☐ Divorce With Children (CISDVC)

**LEGAL SEPARATION**
☐ Legal Separation With Children (CICLS)
☐ Legal Separation Without Children (CISLS)

**DOMESTIC RELATIONS OTHER**
☐ Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)
☐ Action to Modify or Enforce Administrative Child Support Order (CIPCS)
☐ Petition for Order re: PFD or Native Dividend (CIPND)
☐ Establishment of Paternity (CISPAT)
☐ Disestablishment of Paternity (CIDPAT)
☐ Foreign Custody Order (Registration, Modification or Enforcement) (DR483)
☐ Foreign Support Order (Registration, Modification or Enforcement) (CIUIFSA)
☐ Registration of Foreign Domestic Relations Order (Not Support or Custody) (CIDRFJ)
☐ Petition for Annulment (CIANNUL)
☐ Petition for Visitation (CIVIS)

Case Description Form – Superior Court      CIV-125S CourtView (2-sided) (10/8/04)

EXHIBIT __1__
Page __1__ of __2__

## SUPERIOR COURT MATTERS

### SUPERIOR COURT MISCELLANEOUS PETITION

☐ Other Superior Court Petition (CISPET)

### APPEAL & REVIEW MATTERS IN THE SUPERIOR COURT

#### ADMINISTRATIVE AGENCY APPEAL

☐ DMV Appeal (CIADDMV)
☐ Administrative Agency Appeal (CIADR)
☐ Employment Security Appeal (CIADRESA)

#### APPEAL FROM DISTRICT COURT

☐ Civil or Small Claims Appeal (CIACI)
☐ Criminal Merit Appeal (CIACRM)
☐ Criminal Sentence Appeal (CIACRS)
☐ Minor Offense Appeal (CIAMO)

#### PETITION FOR REVIEW TO SUPERIOR COURT

☐ Petition for Review from Admin. Agency (CIPRA)
☐ Petition for Review from District Court (CIPRD)

#### REVIEW ACTIONS

☐ CSED License Review Action (CICSED)