IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

DARRELLENE MYERS,
      Plaintiff,

v.

CHARMING SHOPPES, INC.,
ARIZONA MAIL ORDER, INC.,
LM&B CATALOG, INC. d/b/a
BROWNSTONE STUDIO,
& BROWNSTONE STUDIO, INC.
      Defendant.

Case No. 4FA-06-993 CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant:   Brownstone Studio, Inc.
                   Pamela C. Kelley
                   21 Union St.
                   New London, CT 06320

YOU ARE HEREBY SUMMONED and required to file with the court and answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Room 105, Fairbanks, Alaska 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, the law offices of Cook Schuhmann & Groseclose, Inc., whose address is 714 Fourth Avenue, Suite 200, Fairbanks, Alaska 99701.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant:

You are hereby given notice that this case has been assigned to Judge Wood

RUTH A. MEIER
CLERK OF TRIAL COURTS

Date: 1/11/06
By: _____ Deputy Clerk

COOK SCHUHMANN
& GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

EXHIBIT ____
Page ___ of ___