THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| DARRELLENE MYERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CHARMING SHOPPES, INC., ARIZONA MAIL ORDER, INC., LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC., & BROWNSTONE STUDIO, INC. | ) ) ) ) ) ) |
| Defendants, | ) ) |

FILED in the Trial Courts
State of Alaska, Fourth District

JAN 24 2006

By _____ Deputy

Case No. 4FA-06-993 Civil

## AFFIDAVIT OF SERVICE

STATE OF ALASKA      )
                     ) ss.
FOURTH JUDICIAL DISTRICT )

I, Niki Lightly, being first duly sworn upon oath, deposes and states:

1. I am a resident of Fairbanks, Alaska. I am over the age of eighteen years and not a party to the above action.

2. On the 19th day of January, 2006, the following was served via U.S. Postal Service, first class mail, postage fully prepaid, certified return receipt requested (see green card attached hereto):

   1. COMPLAINT
   2. SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT

OOK SCHUHMANN
GROSECLOSE, INC.
4 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

EXHIBIT 9
Page 1 of 3

The envelope was addressed to the following:

LM&B Catalog Inc.
d/b/a Brownstern Studio
c/o Bedford Fair Apparel, Inc.
2 Greenwich Office Park
51 Weaver Street
Greenwich, CT 06831

DATED at Fairbanks, Alaska this 24 day of January, 2006.

_____
Niki Lightly

SUBSCRIBED AND SWORN to before me this 24 day of January, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 2-14-09

(SEAL)

**CERTIFICATE OF SERVICE**

This is to certify that on the 24 day
of January 2006, a copy of the foregoing
is being mailed via first class mail fully prepaid
to the following attorney(s) or party(s) of record:

Brownstone Studio, Inc.
Pamela C. Kelley
21 Union St.
New London, CT 06320

LM&B Catalog, Inc.
Bedford Fair Apparel, Inc.
2 Greenwich Office Park
51 Weaver St.
Greenwich, CT 06831

Arizona Mail Order, Inc.
Austin Patterson
3740 E. 34th St.
Tucson, AZ 85713

Charming Shoppes, Inc.
450 Winks Lane
Bensalem, PA 19020

_____
for Cook Schuhmann & Groseclose, Inc.

COOK SCHUHMANN
GROSECLOSE, INC.
714 FOURTH AVE., SUITE 200
POST OFFICE BOX 70810
FAIRBANKS, AK 99707-0810

(907) 452-1855
FACSIMILE
(907) 452-8154

EXHIBIT 9
Page 2 of 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>LM+B Catalog Inc.<br>d/b/a Brownstone Studio<br>c/o Bedford Fair Apparel, Inc.<br>2 Greenwich Office Park<br>51 Weaver St.<br>Greenwich, CT 06831 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0000 8789 7199 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

EXHIBIT 9
Page 3 of 3