IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT IN FAIRBANKS

| | |
|---|---|
| DARRELLENE MYERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHARMING SHOPPES, INC.; ) <br> ARIZONA MAIL ORDER, INC.; ) <br> LM&B CATALOG, INC. d/b/a ) <br> BROWNSTONE STUDIO, INC.; ) <br> BROWNSTONE STUDIO, INC.; and ) <br> KELLWOOD CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | **FILED in the Trial Courts** <br> **State of Alaska, Fourth District** <br><br> FEB 17 2006 <br><br> By_____Deputy <br><br><br> Case No. 4FA-06-993 CI |

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

TO: CLERK OF COURT

PLEASE TAKE NOTICE that on February 15, 2006, the defendants, LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc., and Kellwood Corporation, named as defendants in the Complaint in this action, filed in the United States District Court for the District of Alaska, at Anchorage, Alaska, their notice of removal from state court, and that a copy of said notice of removal is on file with the above-captioned court.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this court, effects the removal of this action and

LANEY, WILES, <br>
AYES, GERETY, <br>
S & YOUNG, INC. <br>
SUITE 400 <br>
7 WEST 3RD AVENUE <br>
:HORAGE, ALASKA <br>
907) 279-3581

EXHIBIT 10
Page 1 of 6

the above-captioned court may proceed no further, unless and until the case is remanded.

A copy of the notice of removal being filed concurrently in the United States District for the District of Alaska is attached hereto.

DATED this 15th day of February, 2006, at Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation

_____
Clay A. Young
AK Bar Assoc. No. 7410117

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was mailed on the 15th day of February, 2006, to:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska 99701

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA 30308-3243

_____
Dru Lippert
113590

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice to Superior Court of Filing Notice of Removal
Myers v. Charming, et al., Case No. 4FA-06-993 Civil
Page 2 of 2

EXHIBIT 10
Page 2 of 6

Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRELLENE MYERS, ) | |
| ) | |
| Plaintiff, ) | F06-005-CV |
| ) | |
| v. ) | Case No. 4:06-CV-00005-rrb |
| ) | |
| CHARMING SHOPPES, INC.; ) | |
| ARIZONA MAIL ORDER, INC.; LM&B ) | |
| CATALOG, INC. d/b/a BROWNSTONE ) | |
| STUDIO, INC.; BROWNSTONE ) | |
| STUDIO, INC.; and KELLWOOD ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL OF CASE FROM**
**STATE COURT (SUPERIOR COURT NO. 4FA-06-993 CIVIL)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the defendants, LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc., and Kellwood Corporation,

EXHIBIT 10
Page 3 of 6

contemporaneous with the filing of this Notice, are effectuating the removal of the above-referenced action from the Superior Court of the State of Alaska, Fourth Judicial District, to the United States District Court for the District of Alaska. A true and correct copy of the Notice to Superior Court of Filing Notice of Removal filed in Case No. 4FA-06-993 CI, is attached hereto as Exhibit A. The removal is based on the following grounds:

1. On or about January 11, 2006, there was filed in the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, the above-entitled action, Case No. 4FA-06-993 Civil.

2. The United States District Court has jurisdiction over the superior court action in this matter, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

3. This notice of removal is timely filed because it is filed within thirty days of the first service of the Complaint upon any defendant.

4. LM&B Catalog, Inc. d/b/a Brownstone Studio, Inc.[1] (sic), is a corporation organized under the laws of the State of Delaware with its principal place of business in Connecticut.

---

[1] There is no such entity known as "Brownstone Studio, Inc." It is a catalog title or trade name only and is not a separate legal entity.

ANEY, WILES,
ES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
IORAGE, ALASKA
07) 279-3581

Notice of Removal of Case from State Court (Sup. Ct. No. 4FA-06-993 Civil)
Myers v. Charming, et al., Case No. __06-CV-_____-____
Page 2 of 4

EXHIBIT 10
Page 4 of 6

5.  Kellwood Corporation is a corporation organized under the laws of the State of Delaware with its principal place of business in Missouri.

6.  It is anticipated that any defendants who have not appeared will either be voluntarily dismissed from this case by plaintiff or the undersigned will enter an appearance for them and be representing them; and thus, all named defendants have consented to this removal or will be dismissed from the case, and thus their consent will not be necessary.

7.  Plaintiff is a citizen of Alaska.

8.  The complaint alleges damages in excess of $75,000, thus meeting the jurisdictional requirements for diversity of citizenship and removal under 28 U.S.C. § 1332.

Dated at Anchorage, Alaska this 15th day of February, 2006.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation


s/Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
E-mail:  cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

Notice of Removal of Case from State Court (Sup. Ct. No. 4FA-06-993 Civil)
Myers v. Charming, et al., Case No. __06-CV-____-____
Page 3 of 4

EXHIBIT 10
Page 3 of 6

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2006,
a copy of the foregoing Notice of Removal
was served by mail on:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska 99701

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA 30308-3243


s/Clay A. Young
113593

ANEY, WILES,
ES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
ORAGE, ALASKA
07) 279-3581

Notice of Removal of Case from State Court (Sup. Ct. No. 4FA-06-993 Civil)
Myers v. Charming, et al., Case No. __06-CV-_____-____
Page 4 of 4

EXHIBIT 10
Page 6 of 6