IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRELLENE MYERS and her Husband, GERALD MYERS<br><br>Plaintiffs,<br><br>v.<br><br>CHARMING SHOPPES, INC., ARIZONA MAIL ORDER, INC., LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, & KELLWOOD CORPORATION<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:06-cv-00005-RRB

## STIPULATION TO AMEND COMPLAINT

The parties hereby stipulate that Gerald Myers, Darrellene Myers' husband, shall be added as a plaintiff in this suit to assert a loss of consortium claim.

A second amended complaint is submitted herewith.

DATED this ____ day of August, 2006.

        COOK SCHUHMANN & GROSECLOSE, INC.
        Attorneys for Darrellene Myers and Gerald Myers

        By   s/Zane D. Wilson
            Zane D. Wilson
            714 Fourth Avenue, Suite 200
            Fairbanks, Alaska 99701
            907-452-1855
            907-452-8154
            zane@alaskalaw.com
            #9111108

Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.

By    s/Clay A. Young
      Clay A. Young,
      Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
      1007 W. 3rd Avenue, Suite 400
      Anchorage, AK 99501
      907-279-3581
      907-277-1331 fax
      cay@delaneywiles.com
      #7410117

**CERTIFICATE OF SERVICE**
I hereby certify that on August 29, 2006,
a copy of the foregoing Stipulation to Amend Complaint,
Order and Second Amended Complaint, was served
electronically on:

Clay A. Young
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, AK 99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

and by regular U.S. mail on:

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA 30308-3243

s/Zane D. Wilson
#9111108