IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRELLENE MYERS and her Husband, GERALD MYERS<br><br>Plaintiffs,<br><br>v.<br><br>CHARMING SHOPPES, INC., ARIZONA MAIL ORDER, INC., LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, & KELLWOOD CORPORATION<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:06-cv-00005-RRB

## **PROPOSED ORDER**

Based upon the stipulation of the parties, it is hereby ordered the motion to amend the complaint is granted.

DATED this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
US. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that on August 29, 2006,
a copy of the foregoing Stipulation to Amend Complaint,
Order and Second Amended Complaint, was served
electronically on:
Clay A. Young
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, AK 99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

and by regular U.S. mail on:
Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA 30308-3243

s/Zane D. Wilson
#9111108