UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>MYERS</u>   v.   <u>CHARMING SHOPPES, et al.</u>

DATE:   <u>August 30, 2006</u>      CASE NO.   <u>4:06-cv-0005-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO AMEND**

---

Based upon the stipulation of the parties, it is hereby ordered the Motion to Amend the Complaint is **GRANTED**.

M.O. GRANTING MOTION TO AMEND