Clay A. Young
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendants
LM&B Catalog, Inc. d/b/a
Brownstone Studio, Inc.;
and Kellwood Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRELLENE MYERS and GERALD MYERS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHARMING SHOPPES, INC.; ARIZONA MAIL ORDER, INC.; LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC.; BROWNSTONE STUDIO, INC.; and KELLWOOD CORPORATION,<br><br>　　　　Defendants. | Case No. 4:06-CV-00005-RRB |

**STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS**

COME NOW the parties, through counsel, and stipulate the court may enter an order of dismissal with prejudice of all claims pending between them, for the reason that those claims

have been compromised and settled.  The parties further stipulate and agree that the parties will bear their own costs and attorneys' fees in connection with this dismissal with prejudice.

Dated this 27th day of September, 2006.

>DELANEY WILES, INC.
>Attorneys for Defendants
>LM&B Catalog, Inc. d/b/a
>Brownstone Studio, Inc.;
>and Kellwood Corporation
>
>
>s/Clay A. Young_____
>Delaney Wiles, Inc.
>1007 W. 3rd Ave., Ste. 400
>Anchorage, AK  99501
>907-279-3581
>907-277-1331 fax
>E-mail:   cay@delaneywiles.com
>Alaska Bar Assoc. No. 7410117
>
>
>COOK SCHUHMANN & GROSECLOSE, INC.
>Attorneys for Plaintiffs
>Darrellene and Gerald Myers
>
>
>\_s/Zane D. Wilson (consent)\_\_
>Cook Schuhmann & Groseclose, Inc.
>714 4th Avenue, Suite 200
>Fairbanks, Alaska  99701
>E-mail:   zane@alaskalaw.com
>Alaska Bar Assoc. No. 9111108

STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS BETWEEN PLAINTIFFS AND KELLWOOD CORPORATION AND LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC.
Myers v. Charming Shoppes, Inc., et al., Case No. 4:06-CV-00005-RRB
Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2006, a copy of the foregoing Stipulation for Dismissal was served electronically on:

Zane D. Wilson
Cook Schuhmann & Groseclose, Inc.
714 4th Avenue, Suite 200
Fairbanks, Alaska  99701
zane@alaskalaw.com

and by U.S. mail on:

Michael J. Goldman
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree St., N.E.
Atlanta, GA  30308-3243


s/Clay A. Young_____
121002

STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS BETWEEN PLAINTIFFS AND KELLWOOD CORPORATION AND LM&B CATALOG, INC. d/b/a BROWNSTONE STUDIO, INC.
Myers v. Charming Shoppes, Inc., et al., Case No. 4:06-CV-00005-RRB
Page 3 of 3