IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARRELLENE MYERS and GERALD MYERS,<br><br>      Plaintiffs,<br><br>vs.<br><br>CHARMING SHOPPES, INC.;<br>ARIZONA MAIL ORDER, INC.;<br>LM&B CATALOG, INC., d/b/a<br>BROWNSTONE STUDIO, INC.;<br>BROWNSTONE STUDIO, INC.; and<br>KELLWOOD CORPORATION,<br><br>      Defendants. | Case No. 4:06-cv-0005-RRB<br><br>**ORDER OF DISMISSAL** |

      Based upon the Stipulation for Dismissal with Prejudice of All Claims, filed by the parties at Docket 12, the above matter is hereby **DISMISSED WITH PREJUDICE**, in its entirety, with the parties bearing their own costs and fees.

      ENTERED this 27th day of September, 2006.

                          s/RALPH R. BEISTLINE
                          UNITED STATES DISTRICT JUDGE